O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYUNGHWAN CHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL PARK, an individual;<br>KIM, SHAPIRO, PARK & LEE, a<br>California Professional Law<br>Corporation,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 16-00721 DDP (DFMx)<br><br>**ORDER GRANTING DEFENDANTS'**<br>**UNOPPOSED MOTIONS TO DISMISS**<br><br>[Dkt. Nos. 23, 25] |

　　Defendants in this case each filed a Motion to Dismiss, both of which are presently before the court. Plaintiff has not opposed either motion. Accordingly, the court GRANTS the motions and adopts the following Order.

　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

1      Defendant Kim, Shapiro, Park, & Lee's motion was filed on June
2 24, 2016.  Defendant Park's motion was filed on June 25, 2016.
3 Both motions were noticed for hearing on July 25, 2016.
4 Plaintiff's oppositions were therefore due by July 11, 2016.  As of
5 the date of this Order, Plaintiff has not filed an opposition to
6 either motion, or any other filing that could be construed as a
7 request for a continuance.  Accordingly, the court deems
8 Plaintiff's failure to oppose as consent to granting the motions to
9 dismiss, and GRANTS the motions.  Plaintiff's Complaint is
10 DISMISSED.
11
12
13
14 IT IS SO ORDERED.
15
16                                      *signature*
17 Dated: July 21, 2016
                                        DEAN D. PREGERSON
18                                      United States District Judge